IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL P. KLAHN, SR., et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA,<br><br>            Defendant. | Case No.: C12-0835 JSC<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE (Dkt. Nos. 1, 12)** |

Plaintiff, proceeding pro se, filed a complaint and an amended complaint contesting the legality of various actions taken by Bank of America against his account.[1] (Dkt. Nos. 1, 12.) Plaintiff also filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915(a). (Dkt. No. 2.) The Court denied Plaintiff's application and ordered him to pay a filing fee on or before March 30, 2012 in order to proceed with this action. (Dkt. No. 11.) As of April 3, 2012, Plaintiff had not paid the requisite filing fee. Consequently, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated:  April 4, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Both parties have consented to the jurisdiction of a United States magistrate judge pursuant to 28 U.S.C. § 636(c). (Dkt. Nos. 6, 10.)